**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Maurice GREGORY, Defendant—**
**Appellant.**

**No. 07–6003.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 22, 2007.

Decided: March 5, 2007.

Maurice Gregory, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

304

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Gregory appeals the district court's order denying his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Gregory,* No. 2:92–cr–00163 (E.D. Va. filed Nov. 22, 2006; entered Nov. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*